## RECONSIDERATION OF PRIOR DECISIONS

**2002–1644.   Krost v. Baltz.**
Cuyahoga App. No. 80252, 2002-Ohio-3110. Reported at 98 Ohio St.3d 1409, 2003-Ohio-60, 781 N.E.2d 1081. On motion for reconsideration. Motion denied.

**2002–1646.   Moses v. Sterling Commerce Am., Inc.**
Franklin App. No. 02AP–161, 2002-Ohio-4327. Reported at 98 Ohio St.3d 1409, 2003-Ohio-60, 781 N.E.2d 1018. On motion for reconsideration, motion of Ohio Civil Rights Commission to strike motion for reconsideration, motion of Sterling Commerce America, Inc., Steven T. Catlett et al. to strike motion for reconsideration, and motion to strike Ohio Civil Rights Commission's motion to strike pursuant to S.Ct.Prac.R. XIV(2)(D)(1). Motion for reconsideration denied and motions to strike denied as moot.

**2002–1719.   Fancher v. Portsmouth City Police Dept.**
Scioto App. No. 02CA2848. Reported at 98 Ohio St.3d 1411, 2003-Ohio-60, 781 N.E.2d 1019. On motion for reconsideration and motion to strike the motion for reconsideration. Motions denied.

**2002–1758.   Coryell v. Bank One Trust Co.**
Franklin App. No. 02AP–191, 2002-Ohio-4443. Reported at 98 Ohio St.3d 1414, 2003-Ohio-125, 781 N.E.2d 1021. On motion for reconsideration. Motion granted and discretionary appeal allowed.
    RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**2002–1766.   Wright v. Davies.**
Summit App. No. 20876, 2002-Ohio-4404. Reported at 98 Ohio St.3d 1412, 2003-Ohio-60, 781 N.E.2d 1020. On motion for reconsideration. Motion denied.

**2002–1782.   State v. Earle.**
Lake App. No. 2001–L–159, 2002-Ohio-4510. Reported at 98 Ohio St.3d 1412, 2003-Ohio-60, 781 N.E.2d 1020. On motion for reconsideration. Motion denied.
    LUNDBERG STRATTON, J., dissents.

**2002–1833.   Ohio Academy of Nursing Homes, Inc. v. Ohio Dept. of Job & Family Serv.**
Franklin App. No. 01AP–933, 2002-Ohio-4721. Reported at 98 Ohio St.3d 1415, 2003-Ohio-125, 781 N.E.2d 1021. On motion for reconsideration. Motion denied.
    MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**2002–2043.   State v. Curtis.**
Jefferson App. No. 01JE16, 2002-Ohio-3054. Reported at 98 Ohio St.3d 1408, 2003-Ohio-60, 781 N.E.2d 1017. On motion for reconsideration. Motion denied.